JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ARTHUR CEPEDA, ) | Case No. CV 08-83-SVW (OP) |
| ) Petitioner, ) | J U D G M E N T |
| v. ) | |
| KELLY HARRINGTON, Warden, ) | |
| ) Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: May 11, 2011

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge